UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIT GHAHRAMANYAN,<br>Petitioner,<br>v.<br>SECRETARY OF HOMELAND SECURITY, *et al.*,<br>Respondents. | Case No. ED CV 26-05565-DMG-KES<br><br>ORDER DECLINING TO ACCEPT AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Doc. # 1], the other records on file herein, the Amended Report and Recommendation of the U.S. Magistrate Judge, the Honorable Karen Scott [Doc. # 16], and the Objections filed by Petitioner on November 6, 2026 [Doc. # 21].

In the interest of justice, the Court will allow Petitioner, who is now represented by counsel, to file an Amended Petition. Such Petition shall be filed no later than **November 30, 2026**. The parties shall otherwise refer to the Notice of General Order 26-05 and Briefing Schedule [Doc. # 5] and the Standing Order for 2241 Immigration Petitions [Doc. # 7] for the briefing schedule and procedures in

this action. The Court declines to accept the Amended Report and Recommendation, as that Report refers to the initial Petition, which will be superseded by the Amended Petition. The action is re-referred to Judge Scott for further proceedings consistent with this Order, including the preparation of a Report and Recommendation that addresses the Amended Petition and the briefing on that Amended Petition.

**IT IS SO ORDERED.**

DATED: November 9, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE